# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BRADFORD CLARKE, et al., ) | 1:09cv1301 LJO DLB |
| ) | |
| Plaintiffs, ) | ORDER REGARDING APPLICATION TO |
| ) | PROCEED IN FORMA PAUPERIS |
| v. ) | |
| CITY OF MADERA, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiffs Stanley Bradford Clarke and Andrea Venturi filed the instant complaint on July 24, 2008. However, only Plaintiff Stanley Clarke submitted an application to proceed in forma pauperis. In requesting to proceed without prepayment of fees, ALL Plaintiffs must submit an application to proceed in forma pauperis. Accordingly, if Plaintiff Andrea Venturi is not a minor and wishes to proceed as a Plaintiff in this action, she must submit her own application to proceed in forma pauperis.

If Andrea Venturi is a minor, then she cannot represent herself. If Andrea Venturi is a minor and Plaintiff Stanley Clarke wishes to proceed on her behalf, he must submit an application for appointment of a guardian ad litem. Plaintiff Stanley Clarke is forewarned, however, that a non-attorney parent or guardian cannot bring an action on behalf of a minor child without retaining an attorney. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997).

Accordingly, within thirty (30) days of the date of this order, (1) Plaintiff Andrea Venturi

must submit an application to proceed in forma pauperis; OR (2) Plaintiff must submit an application for appointment of a guardian ad litem *and* proof of representation.

If Andrea Venturi is a minor and Plaintiff fails to retain an attorney, Andrea Venturi will be dismissed from this action without prejudice. <u>Complete failure to respond to this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **July 31, 2009**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE