IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BRADFORD CLARKE, et al., ) | 1:09cv01301 LJO DLB |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY OF MADERA, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On July 24, 2009, Plaintiffs Stanley Bradford Clarke and Andrea Venturi ("Plaintiffs"), proceeding pro se, filed the instant action against Defendants City of Madera and Does 1 through 50 ("Defendants").

On September 4, 2009, the Court issued summons along with civil new case documents. The civil new case documents included an Order Setting Mandatory Scheduling Conference for December 10, 2009. The Order directed Plaintiffs to "diligently pursue service of summons and complaint." It also directed Plaintiffs to file proofs of service of the summons and complaint with the Court.

On December 10, 2009, Plaintiffs failed to appear for the Mandatory Scheduling Conference. Plaintiffs also failed to file a scheduling report. Additionally, Plaintiffs have failed to file proofs of service indicating that they have served any of the Defendants in this action.

Therefore, Plaintiffs are ORDERED TO SHOW CAUSE, if any they have, why the action

1

should not be dismissed for failure to appear at the mandatory scheduling conference, failure to file a scheduling conference statement and failure to serve the complaint. Plaintiffs may comply with this order by filing proofs of service indicating that the complaint and summons were properly served on Defendants. Plaintiffs are advised of Federal Rule of Civil Procedure 4, which specifies the proper methods for service of a summons and complaint.

Plaintiffs are ORDERED to file a response, or properly executed return of service forms, within **sixty (60) days** of the date of service of this order. <u>Failure to do so will result in a recommendation that this action be dismissed for failure to follow the Court's orders.</u>

IT IS SO ORDERED.

   Dated:    **December 11, 2009**                **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE